# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

USDC EDWI
FILED IN GREEN BAY DIV
JAN 2 2 2015
AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| | ) Case No.: 15-CR-13 |
| JOSEPH J. VALDEZ | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph J. Valdez, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

This offense is briefly described as follows:

Counts 1-3: Sexual Exploitation of a Child
Count 4: Possession of Child Pornography

Date: January 21, 2015

s/ A. Wachtendonck
*Issuing officer's signature*

JON W. SANFILIPPO, Clerk, U.S. District Court
By: A. Wachtendonck, Deputy Clerk
*Printed name and title*

City and state: Green Bay, Wisconsin

### Return

This warrant was received on *(date)* 1/21/2015, and the person was arrested on 1/22/2015
at *(city and state)* Green Bay, Wisconsin.

Date: 1/22/2015

Gerald E. Mullen
*Arresting officer's signature*

Gerald E. Mullen, Special Agent
*Printed name and title*