UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No.   15-CR-13

JOSEPH J. VALDEZ,

        Defendant.

---

NOTICE OF FILING IN SUPPORT OF SENTENCING

---

        Joseph J. Valdez, through counsel, submits the following letters of support in anticipation of his sentencing on Thursday, July 30, 2015.

        Dated at Green Bay, Wisconsin this 29th day of July, 2015.

        Respectfully submitted,

        **s/ Krista Halla-Valdes**
        Krista Halla-Valdes, FL Bar #0073369
        Counsel for Jospeh J. Valdez
        FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
        801 East Walnut Street
        Green Bay, WI 54301
        Tel. (920) 430-9900
        Fax (920) 430-9901
        E-mail: krista_halla-valdes@fd.org