May 26, 2015

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, WI 54305-2370

RE: United States vs. Joseph J. Valdez
    Case No. 15-CR-13

Dear Honorable Judge Griesbach:

My name is Kathleen Mack and I am Joseph Valdez's mother. Joseph is my youngest child.

In order for you to get to know Joseph a little better, I would like to mention some of his qualities that I admire about him:

Perseverance and independence: Joseph has overcome many medical and physical hardships during his life time due to the fact that he was born with Spina Bifida. Ever since he was a little boy, he was very independent and has never used his disability as an excuse. He has never let it hold him back in life.

Joseph's father hasn't been in touch with him or his brothers since they were very little. Joseph still holds onto a two-sentence letter from his father from when he was young because that's all he has. It held an empty promise of keeping in touch.

Dedicated: At the age of 19 years, Joseph dedicated two years to a full-time mission for our Church. He was in the State of Washington during that entire time with only weekly e-mail contact with his family. This was something he truly wanted to do and I was very proud of him.

Comical: Joseph has an amazing sense of humor. No one came make me laugh like he did and I really miss that. His co-workers enjoyed that about him too.

Hard-working and goal-oriented: Joseph loved his job at Menards and had been an assistant department manager. He was very proud of his accomplishments and was taking steps to progress even further. He has shown me written comments from customers about how helpful and personable he had been to them.

Generous: There were many times when Joseph would give food or food gift certificates to people who were having hard times. He told them he had a family he could always count on if he needed help and he felt compassion for their circumstances.

I understand that you have a very difficult job in sentencing someone for their crime. There are many components, including appropriate sentencing for Joseph as well as concern for the public. In spite of the poor choices Joseph has made, he does have many good qualities. I respectfully request he be given the minimum sentence allowable. Not only am I concerned for his health and safety while incarcerated, I would hope for him to be able to start a new life as a fairly young person. I also hope to still be around to be a support system for him once he is released.

Thank you very much for taking the time to read this letter and take the above-mentioned into consideration.

Sincerely,


Kathleen Mack
535 Birch Drive
Hobart, WI 54155

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay WI 54305-2370

RE: United States vs. Joseph J. Valdez
Case No. 15-CR-13

Dear Honorable Judge Griesbach:

My name is James Mack, I became Joe's stepdad when his mother Kathleen and I married 16 years ago. I met Joe when he was about 2½ years old. It was when I was picking up Kathleen for our first date. I vividly remember Joe in his leg brace, struggle to walk.

Joe has had multiple operations to help correct physical limitations caused by Spina Bifida, some of these conditions will be with him forever. This did not stop him from becoming a giving, kind person, such as buying his clothes at thrift shops so he could give Festival Food gift cards to people, mostly strangers that he thought could use a little help.

Joe's pet beagle's name was Shiloh. He picked the puppy, named it and cared for it until he went on a 2 year Christian mission. He so missed Shiloh while he was gone and heart broken when Shiloh died.

Joe has a great sense of humor like coming to a family get-together dressed up in bib overalls, tee, hat, shoes and socks, all of which were pink.

I know your responsibility in sentencing Joe is a difficult one. Punishment for wrongdoing is needed in society. Please consider that Joe is not a physical person, his actions are of words, not physical violence.

Joe is in need of treatment for depression, as well as having medical needs. (He should be wearing a leg brace, he needs catheters, and often medical attention to fight infections of his kidneys, bladder, urinary tract and others.)

Thank you for your time and consideration in reading this letter.

James Mack
535 Birch Dr.
Hobart Wi 54155

June 5, 2015

June 3, 2015

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, WI   54305-2370

RE:   United States v. Joseph J. Valdez
       Case No. 15-CR-13

Dear Honorable Judge Griesbach:

My name is Elizabeth and I am 17 years old.   Joe is my uncle.   Since I have been living with my grandparents for the last couple of years, I have been around Joe a lot.

I have always had a good relationship with Joe and would like to tell you why.

Joe has always there for me.  I could talk to him whenever I wanted to and he would give me advice.  He is easy to get along with and he is very funny.   He could make me laugh at just about anything.  Dinner time was always very interesting with him around.

I don't know what I am going to do without him.  I really miss him.  Family events will not be the same without Joe there.

Thank you for reading this letter.

Sincerely,


Elizabeth Mullen
535 Birch Drive
Hobart, WI   54155

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, Wisconsin 54305-2370

RE: United States v. Joseph J. Valdez

Dear Honorable Judge Griesbach:

I am the Grandmother of Joseph Valdez. I would like to say a few things on his behalf.

Joseph was born with Spina Bifida. and has had to overcome many obstacles. Also, his father abandoned the family when Joseph was just a baby.

Joseph served his church as a missionary for two years serving others. He worked at Menards, and was very well liked, rising to the position of assistant manager of a department.

What Joseph did was a terrible thing, and he must pay the consequences. Joseph is not a bad person, but did make a wrong decision.

I fear because of his Spina Bifida disability, that prison will be very hard for him. Therefore, if possible, could he be sentenced to five years in prison, and ten years probation.

I realize the difficult job you have in sentencing Joseph, and must think of the public's proctection. I only hope the sentence will not be too severe.

Thank you for your consideration.

Respectfully,
Arlene Smits
239 East River Dr.#7
De Pere, WI 54115

May 20, 2015

Honorable William C. Griesbach

United States District Judge

Eastern District of Wisconsin

P.O. Box 22490

Green Bay, Wisconsin 54305-2370

Re: United States v. Joseph J. Valdez

Case No. 15-CR-13

Dear Honorable Judge Griesbach:

I am writing to you on behalf of my very good friend Joe Valdez. He and I have been friends for 8 years.

I would like to start by telling you a little about the Joe I know. Joe is a man dedicated to his family and friends. He has been very supportive to me when I was struggling through difficult times in my life. He has been like a brother to me. He was involved in his church and this was a very important part of his life, I witnessed his support of his niece, when he sponsored her admission to the church through her baptism, which Joe performed. Family and friends are very important to Joe, he and I "teamed up" many times to support people in need. We provided a gift card to a co-worker when she needed to travel to her family at the holidays and couldn't afford it herself, we provided a homeless man with a bag of groceries, many times doing these things without the recipients knowledge of where the gift came from. . He is a very giving person. Joe is a very fun-loving and humorous person. His humor has helped me through many difficult times in my life, he always seems to know exactly what to say to make you smile. He also has overcome obstacles in his life, including having Spina Bifida and not having his father involved in his life. I can assure you he does have a supportive family and supportive friends.

I do understand the severity of what Joe has done and the people he has hurt through his actions. I do believe that he should face punishment for his actions. What that punishment should be I really don't know, but do hope that you consider the support he has in his family and friends and know that we will do whatever we have to, to help him through this. If for one minute I thought Joe was not sorry and remorseful for what he has done I would not be writing this letter. I believe he now understands the importance and severity of what he has done, and will accept whatever punishment you deem appropriate.

I can only imagine how difficult your job must be when deciding what type of sentence to had down to someone.

I hope you will consider this letter when deciding Joe's future. I thank you very much for taking the time to read my letter.

Respectfully,

Sheryl Delfosse

3001 Finger Road

Green Bay WI

54311

June 1st, 2015

Honorable William C. Griesbach

United States District Judge

Eastern District of Wisconsin

P.O. Box 22490

Green Bay, Wisconsin 54305-2370

    RE:    *United States v. Joseph J. Valdez*

            Case No. 15-CR-13

Dear Honorable Judge Griesbach:

My name is Kayla Kraus. Joseph Valdez is my fiancé Tom's younger brother. Joseph and I became acquainted during mine and Tom's relationship.

Though I have not know Joe for as long as many others in this amazing family, I have known him long enough to know that there is a great man below the stains of his criminal activity. For example, just look at his passion for work. Joe loved his job at Menards, where he worked for a long time! While there, he worked up to become a manager, helping to guide and grow the peers he worked with. Joe made people laugh, assisted his customers, and coworkers, valued his contribution to society as a working man and did it with the bright smile he has. Even after departing Menards, his fellow employee's and friends have kept him in their minds and hearts. And he is still receiving bonuses he made during his employment. To say he is a hard worker is truly an understatement.

What I happen to love the most about my future brother-in-law though is that he has a HUGE heart! The man cares so much about others! I know his crime has hurt many, and I refuse to make light of the seriousness of his crime, but I do know that he cares deeply about how his actions have affected each victim. Joe's heart honestly goes far beyond his own wants or needs. He is always reaching out to make sure everyone is OK. His concern is not with himself, but making sure his family and friends are taken care of. He offers advice, love and support at a time when those are the things her needs most himself.

I know that Joe is fully aware of this seriousness of his crimes, but his crimes do not define him as a person.

I can only imagine how difficult it may be to hand out a sentence. On one hand, a young man's life will be changed. Time will be served, a lesson learned, and time will be served away from loved ones. On the other hand, a major crime has happened that will be negatively affecting the lives of several of today's youth. As a mother, I can fully understand and appreciate that a punishment is required for Joe to understand the implication of his crime on others. Though I am not qualified to make the decision on his sentencing, I would ask you, your Honor, to give Joe the minimum amount of time for the crimes he engaged in. I think he will have the time needed to ponder the depths of his crimes and make a life change to prevent any chance of a re-offense.

June 1st, 2015

I do want to thank you for taking the time to read my letter and for considering it in the hard process of Joe's sentencing.

Sincerely,

Kayla L. Kraus

June 4th, 2015

Honorable William C. Griesbach

United States District Judge

Eastern District of Wisconsin

P.O. Box 22490

Green Bay, Wisconsin 54305-2370

> RE: *United States v. Joseph J. Valdez*
>
> Case No. 15-CR-13

Dear Honorable Judge Griesbach:

I am Joseph Valdez's older brother, Tom. I am writing this letter on behalf of him.

I would like the court to know that there is more to Joe than these charges. The charges, although serious, do not define Joe as a whole.

Joe is a very caring and loving person who has been a productive member of society. He is a hard and motivated worker and a compassionate man.

Joe is a man that despite his Spina Bifida disability, held and excelled at his job, working his way up to a manager position. He also saved and spent his own money to do a two year long mission for his church, where he sacrificed his time to serve others.

He has contributed to society despite his disability, and he puts others needs before his own.

I would like to thank the court for its time and consideration in reading my letter.

Respectfully,

Thomas M. Valdez