UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 15-CR-13

JOSEPH J. VALDEZ,

    Defendant.

---

## MOTION TO SEAL

---

Joseph J. Valdez, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the defendant's Second Notice of Filing in Support of Sentencing and its attachment as it contains protected health information.

Dated at Green Bay, Wisconsin, this 29th day of July, 2015.

Respectfully submitted,

**s/ Krista Halla-Valdes**
Krista Halla-Valdes, FL Bar #0073369
Counsel for Joseph J. Valdez
FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
801 East Walnut Street
Green Bay, WI 54301
Tel. (920) 430-9900
Fax (920) 430-9901
E-mail: krista_halla-valdes@fd.org